Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BULMARO MAGANA-MARTINEZ,<br><br>Defendant. | No. CR18-182RAJ<br><br>ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE |

Upon the Motion of the United States of America to Dismiss, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, THE COURT HEREBY ORDERS that the Indictment in Case CR18-182RAJ against Bulmaro Magana-Martinez, is dismissed without prejudice.

DATED this 20th day of November, 2018.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER TO DISMISS INDICTMENT - 1